UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

YASMIN A. BEST

Order Filed on July 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-29186 VFP

Hearing Date:  7/21/2016

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 25, 2016

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): YASMIN A. BEST

Case No.: 14-29186

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/21/2016 on notice to RALPH A. FERRO, JR., ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $3,000.00 to the Trustee's office by 8/1/2016 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin A. Best  
    Debtor

Case No. 14-29186-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 25, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2016.  
db          +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2016 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,   dcarlon@zuckergoldberg.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com  
                                                 TOTAL: 6