**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq.(RF-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
973-200-0988
Attorney for Debtor

Order Filed on August 17, 2016
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Yasmin A. Best

Debtor

Case No.: __14-29186-VFP__

Chapter: __13__

Judge: __Vincent F. Papalia__

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: August 17, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____Ralph A. Ferro, Jr., Esq._____ for a reduction of time for a hearing on _____Motion to Reinstate Automatic Stay_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____August 23, 2016_____ at 11:30 am in the United States Bankruptcy Court __D.N.J., M.L. King, Jr., Courthouse, 50 Walnut Street, Newark, NJ__, Courtroom No. __3B__.

2. The applicant must serve a copy of this order on _____Santander Consumer USA, Inc.,_____ _____John R. Morton, Esq.; Marie-Ann Greenberg, Esq. (Chapter 13 Trustee)_____ by:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery, *

☒ notice by telephone must also:

☐ be provided within _____ day(s) of the date of this order, or

☒ on the same date as this order. to Mr. Morton and Santander.

3. A *Certification of Service* must be filed not later than 24 hours after the entry of this order.

4. Any objections to said motion/application:

☐ must be filed, and served on the applicant so as to be received not later than _____.

☒ may be presented at the hearing.

5. ☐ Court appearances are required to prosecute said motion/application and any objections.

☒ Any objector may appear by telephone at the hearing.

☐ The hearing will be held by telephone conference call, to be arranged by the applicant.

```
*fax, overnight mail, regular mail to Santander
 overnight mail, regular mail, e-mail to Mr. Morton
 e-mail to Ms. Greenberg
```

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 14-29186-VFP
Yasmin A. Best                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Aug 17, 2016
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db             +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
               PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
               PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com
                                                                                             TOTAL: 6