Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−29186−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yasmin A. Best
   fka Yasmin Strickland
   920 Greenwood Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−3828

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/15/16
Time:       11:00 AM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A. Ferro, Jr.
Debtor's Attorney

COMMISSION OR FEES
$2,472.50

EXPENSES
$146.52

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 24, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-29186-VFP
Yasmin A. Best                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 24, 2016
                              Form ID: 137             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
```
db            +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621
aty           +Ralph A. Ferro,    66 East Main Street,    3rd Floor,    Little Falls, NJ 07424-5629
sp            +Kane & Associates LLC,    24 Commerce Street,    Suite 1430,    Newark, NJ 07102-4045
cr            +Santander Consumer USA, Inc.,     P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,
               UNITED STATES 75356-2088
515181948     +American Oil & Contracting, LLC,    15 Pollock Avenue,    Jersey City, NJ 07305-1109
515056863     +American Oil & Contracting, LLC,    766 Shrewsbury Avenue,    Tinton Falls, NJ 07724-3001
515056864      Bergen County Sheriff,    Justice Center,    Hackensack, NJ 07601
515056865     +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
515056866    #+Carrington Mortgage Services,,    1610 E. St. Andrew Place,    Suite B-150,
               Santa Ana, CA 92705-4931
515056867      Chase,    200 White Clay Center Drive,    Newark, DE 19711-5466
515172869     +Joshua Denbeaux, Esq.,    366 Kinderkamack Road,    Westwood, NJ 07675-1675
515056869     +Kivitz McKeever Lee, P.C.,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1541
515056871     +Mercedes-Benz Financial,    Box 961,    Roanoke, TX 76262-0961
515056872     +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515056873     +Residential Credit Solutions,    4282 North Freeway,    Fort Worth, TX 76137-5021
515172868     +River Edge Family Dental,    130 Kinderkamack Road,    River Edge, NJ 07661-1939
515056874    #+Santander Consumer,    8585 N. Stemmons Pkwy,    Ste 1000,    Dallas, TX 75247-3822
515077687     +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2016 23:34:25     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2016 23:34:22     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515075127      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2016 23:46:10
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
515056868      E-mail/Text: cio.bncmail@irs.gov Aug 24 2016 23:33:52     Internal Revenue Service,    Box 7346,
               Philadelphia, PA 19101-7346
515056870     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2016 23:39:46      LVNV Funding,
               Box 10497,    Greenville, SC 29603-0497
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515172870*       Internal Revenue Service,    Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
               PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 24, 2016
                              Form ID: 137             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com
                                                      TOTAL: 6