August 22, 2016

U S ......... T
FILED
NEWARK, NJ

16 AUG 26 PM 2:09

JA... WALDRON
BY: _____
DEPUTY CLERK

Yasmin A. Best

920 Greenwood Rd

Teaneck, New Jersey 07666

United States Bankruptcy Court

Case No: 14-29186-VFP

Chapter 13

Judge: Vincent F. Papalia

I'm writing this letter to inform you that I am objecting to the Commission or Fees of $2,382.50 & Expenses $ 33.36 that Mr. Ralph A Ferro Jr. has filed compensation for.

This is my letter of Objection.

Thank you

Yasmin A Best

CC: James J Waldron
    Clerk