UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
42037
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

Order Filed on September 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

YASMIN A. BEST

Case No.: 14-29186(VFP)

Adv. No.:

Hearing Date: 8-23-16

Judge:  VFP

# ORDER DENYING MOTION TO REINSTATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2016**

**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

**Yasmin A. Best**
**14-29186(VFP)**
**Order Denying Motion to Reinstate Automatic Stay**
**Page 2**

This matter having been brought on before this Court on motion to reinstate the automatic stay relief filed by Ralph A. Ferro, Jr.., Esq., attorney for the debtor with the appearance of John R. Morton, Jr., Esq. on behalf of the Santander Consumer USA Inc., and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;[*]

IT IS ORDERED:

1. That motion of the debtor to reinstate the automatic stay as to Santander Consumer USA Inc. in connection with a 2009 Acura RDX bearing vehicle identification number 5J8TB18529A003648 is hereby **denied**.

```
*and for the reasons set forth on the record on August 23, 2016.
```