**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
42037
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

**Order Filed on September 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

YASMIN A. BEST

Case No.: 14-29186(VFP)

Adv. No.:

Hearing Date: 8-23-16

Judge:  VFP

## ORDER DENYING MOTION TO REINSTATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Yasmin A. Best**
**14-29186(VFP)**
**Order Denying Motion to Reinstate Automatic Stay**
**Page 2**

This matter having been brought on before this Court on motion to reinstate the automatic stay relief filed by Ralph A. Ferro, Jr.., Esq., attorney for the debtor with the appearance of John R. Morton, Jr., Esq. on behalf of the Santander Consumer USA Inc., and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;*

IT IS ORDERED:

1. That motion of the debtor to reinstate the automatic stay as to Santander Consumer USA Inc. in connection with a 2009 Acura RDX bearing vehicle identification number 5J8TB18529A003648 is hereby **denied**.

```
*and for the reasons set forth on the record on August 23, 2016.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin A. Best  
    Debtor

Case No. 14-29186-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 09, 2016  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.  
db         +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com  
                                                                                                                                         TOTAL: 6