UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE
  Caption in Compliance with D.N.J. LBR 9004-2(c)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor,
Yasmin A. Best

Order Filed on September 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

In Re:                                            )    Case No.:  14-29186 (VFP)
                                                  )
                                                  )    Chapter:  13
Yasmin A. Best                                    )
                                                  )
                                                  )    Judge:  Vincent F. Papalia
                                        Debtor    )
_____    )


## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**


  **DATED: September 30, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.:  14-29186-VFP
Yasmin A. Best
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Ralph **A. Ferro, Jr., Esq.,** the applicant is allowed a fee of $**2,382.50** for services rendered and **$33.36** for expenses for a total of **$2,415.86.** The allowance shall be payable:

   _X_      through the Chapter 13 Plan as an administrative priority.

           From Existing Funds.