Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  14−29186−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yasmin A. Best
   fka Yasmin Strickland
   920 Greenwood Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−3828

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on September 30, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 128 − 117
Order Granting Application For Compensation for Ralph A Ferro, fees awarded: $2322.50, expenses awarded: $146.53 (Related Doc # 117). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice., Granting Motion To Withdraw As Attorney. Ralph A Ferro, Jr terminated as attorney. (Related Doc # 117). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/30/2016. (mcp)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 30, 2016
JJW: mcp

                                                               James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin A. Best  
    Debtor

Case No. 14-29186-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 30, 2016
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
db             +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
      PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
      mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
      Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
      Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10
      jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
      PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann   Greenberg    magecf@magtrustee.com
      Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com
                                                                                                                  TOTAL: 6