UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE
  **Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor,
Yasmin A. Best

**Order Filed on September 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____
In Re:                                                      ) Case No.:  14-29186 (VFP)
                                                                )
                                                                ) Chapter:  13
Yasmin A. Best                                       )
                                                                )
                                                                ) Judge:  Vincent F. Papalia
                                          Debtor    )
_____)


## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 30, 2016**

_____
  **Honorable Vincent F. Papalia
  United States Bankruptcy Judge**

1

Case No.: 14-29186-VFP
Yasmin A. Best
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Ralph **A. Ferro, Jr., Esq.,** the applicant is allowed a fee of $**2,382.50** for services rendered and **$33.36** for expenses for a total of **$2,415.86.** The allowance shall be payable:

  _X_    through the Chapter 13 Plan as an administrative priority.

         From Existing Funds.

United States Bankruptcy Court
District of New Jersey

In re:
Yasmin A. Best
    Debtor

Case No. 14-29186-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 30, 2016
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
db         +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.    mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
       Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10    jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com
     TOTAL: 6