UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE
  Caption in Compliance with D.N.J. LBR 9004-2(c)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor

Order Filed on September 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
In Re:                                                              )    Case No.:  14-29186-VFP
                                                                        )
                                                                        )    Chapter:   13
Yasmin A. Best                                              )
                                                                        )
                                                                        )    Judge:  Vincent F. Papalia
_____)


# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

# AND

# GRANTING REQUEST TO BE RELIEVED AS COUNSEL FOR DEBTOR


The relief set forth on the following page is hereby **ORDERED.**

  DATED: September 30, 2016

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Case No.: 14-29186-VFP<br>Page 2

**THIS MATTER** having come before the Court on Ralph A. Ferro, Jr., Esq.'s Motion for Final Fee Application for Supplemental Fees and Motion to Be Relieved as Counsel, and upon notice to all interested parties, and the Court having considered this motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

**ORDERED AND ADJUDGED THAT**:

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered and the applicant's certification supporting his request to be relieved as Counsel, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant is allowed a fee of ~~**$2,472.50**~~ **$2,322.50** for services rendered and **$146.53** for expenses for a total of ~~**$2,619.02**~~ $2,469.03. The allowance shall be payable through the Plan as an administrative priority; and it is further

**ORDERED** that Ralph A. Ferro, Jr., Esq.'s Motion to be relieved as Counsel is hereby approved.

This supplemental fee application with not affect the Debtor's Chapter 13 Plan payments of $1,000.00 per month.

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin A. Best  
    Debtor

Case No. 14-29186-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 30, 2016  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.  
db          +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Ralph A Ferro, Jr    on behalf of Debtor Yasmin A. Best ralphferrojr@msn.com  
                                                                                TOTAL: 6