Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 14−29186−VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yasmin A. Best
   fka Yasmin Strickland
   920 Greenwood Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−3828

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/17/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 17, 2016
JJW: rah

                                                              James J. Waldron
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin A. Best  
    Debtor

Case No. 14-29186-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 17, 2016  
                        Form ID: 148    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
```
db            +Yasmin A. Best,    920 Greenwood Avenue,    Teaneck, NJ 07666-6621
aty           +Ralph A. Ferro,    66 East Main Street,    3rd Floor,    Little Falls, NJ 07424-5629
sp           #+Kane & Associates LLC,    24 Commerce Street,    Suite 1430,    Newark, NJ 07102-4045
515181948     +American Oil & Contracting, LLC,    15 Pollock Avenue,    Jersey City, NJ 07305-1109
515056863     +American Oil & Contracting, LLC,    766 Shrewsbury Avenue,    Tinton Falls, NJ 07724-3001
515056864      Bergen County Sheriff,    Justice Center,    Hackensack, NJ 07601
515056866    #+Carrington Mortgage Services,,    1610 E. St. Andrew Place,    Suite B-150,
                Santa Ana, CA 92705-4931
515172869     +Joshua Denbeaux, Esq.,    366 Kinderkamack Road,    Westwood, NJ 07675-1675
515056869     +Kivitz McKeever Lee, P.C.,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1541
515056871     +Mercedes-Benz Financial,    Box 961,    Roanoke, TX 76262-0961
515056872     +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515056873     +Residential Credit Solutions,    4282 North Freeway,    Fort Worth, TX 76137-5021
515172868     +River Edge Family Dental,    130 Kinderkamack Road,    River Edge, NJ 07661-1939
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:57:11     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:57:04     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: DRIV.COM Oct 17 2016 23:38:00     Santander Consumer USA, Inc.,
                P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,    UNITED STATES 75356-2088
515075127      EDI: AIS.COM Oct 17 2016 23:38:00     American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515056865     +EDI: CAPITALONE.COM Oct 17 2016 23:38:00     Capital One Bank,    4851 Cox Road,
                Glen Allen, VA 23060-6293
515056867      EDI: CHASE.COM Oct 17 2016 23:38:00     Chase,    200 White Clay Center Drive,
                Newark, DE 19711-5466
515056868      EDI: IRS.COM Oct 17 2016 23:38:00     Internal Revenue Service,    Box 7346,
                Philadelphia, PA 19101-7346
515056870     +EDI: RESURGENT.COM Oct 17 2016 23:38:00     LVNV Funding,    Box 10497,
                Greenville, SC 29603-0497
515056874     +EDI: DRIV.COM Oct 17 2016 23:38:00     Santander Consumer,    8585 N. Stemmons Pkwy,   Ste 1000,
                Dallas, TX 75247-3822
515077687     +EDI: DRIV.COM Oct 17 2016 23:38:00     Santander Consumer USA,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
                                                                                               TOTAL: 10

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515172870*     Internal Revenue Service,    Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Oct 17, 2016
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-10 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENT TRUST jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com

TOTAL: 5